FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
THE LAKE DIVISION

2021 MAY 24 PM 4:08

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

LINWOOD GRAY, PRO SE
43 K-Street NW, #301
Washington, DC 20001
      Plaintiff
VS.

CASE NO._____

DON HENDERSON, CEO; (for the)
Leesburg Regional Medical Center
600 E. Dixie Avenue
LEESBURG, FL 34748
      Defendant One

Jane Doe, ICU Nurse
Leesburg Medical Center
600 E. Dixie Avenue
Leesburg, Fl. 34748
      Defendant Two

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW,** the pro se Plaintiff Linwood Gray, for good reasons and exceptional circumstances, he files this civil suit against the identified defendants. To acquire compensation for the injuries he suffers, due to their acts of medical malpractice.

**JURISDICTION**

Plaintiff Linwood Gray, pro se states that this submission is pursuant to Federal Rules of Civil Procedure, the minimum amount of compensation exceeds $75,000.00. Title 28 U.S.C. Section 1332.

Additionally, venue in this case is predicated on the fact that Plaintiff is a citizen of the United States and currently a resident of Washington, DC. and the Defendants both live in the State of Florida, the place of tort.

**PLAINTIFF:**

1. Plaintiff, Linwood Gray is the sole plaintiff, he resides at 43 K St. NW, Unit 301 Washington, DC, 20001 and he is a retiree.

DEFENDANTS:

2. **Don Henderson is the CEO for "LRMC"**, 600 E. Dixie Lane, Leesburg, FL 34748 and has been for the last five years. His current residential address is unknown.

3. **Jane Doe ICU Nurse of LRMC** 600 E. Dixie Lane, Leesburg, Fla. 34748 (her residential address is unknown).

II.   OVERVIEW / FACTS

4. On or about **May 17, 2019**, Plaintiff while being a Federal prisoner in FCI in Coleman Low; Coleman, Fla., Plaintiff became seriously ill and required emergency treatment.

5. Plaintiff was immediately carried by ambulance to LMRC, while being escorted by prison staff.

6. Upon his arrival and triaged, it was medically determined that he needed to be admitted into the hospital and immediately he was placed on intubation. **The consultation report of Dr. David Stephenson best explains Plaintiff's overall hospital stay, (See exhibit A1-5, excerpt from medical records)**

7. While being treated in ICU; Plaintiff was placed on *piggyback vancomycin, q12h(floating)*. Note *ICU Nurse Jane Doe gave Plaintiff Vancomycin, "iv" injections*. See exhibit "B".

8. Plaintiff was in bad shape, he contemporaneously suffered renal failure, lung failure and heart failure.

9. He required a Vancomycin "iv" injection, contrary to plan, it erupted and caused him to suffer extravasation.

10. Plaintiff received 1st and 2nd degrees burns to his lower left arm, from the Vancomycin iv".

11. The burns measured 22 x 3.5 cc. (*See* exhibits "C1-3").

12. Nurse, ICU Jane Doe, was under the overall Supervision of Don Henderson (CEO) of LRMC, when she gave Plaintiff the "iv" that caused serious injury to Plaintiff.

13. They (**Don Henderson and nurse Jane Doe**) are responsible for the injuries that the Plaintiff received and have suffered daily since, **May 18, 2019**. Plaintiff's injury has caused him to have chronic pain, stiffness and tingling sensations in his lower left arm and hand.

14. The severe injury to his lower left arm deprives him of normal usage of left the arm, he has a limited percent of performance in his left hand.

15. A material irony exists in the "**LRMC**" medical records of Plaintiff.

16. The cited defendants have deliberately tried to conceal the truth, by failing to record the event of injury and the fact of Plaintiff's extravasation. **Incredibly, the injury is not recorded.**

17. Per Plaintiff's investigation-as noted above, the injury occurred on **May 18, 2019 is unreported in the medical records of "LRMC ".**

18. Accordingly, there are apparent reasons to believe, that it was an "intentional manipulation of the medical records", when the defendants failed to document the extravasation-injury of Plaintiff.

19. By clear and convincing evidence, its apparent that LRMC deliberately concealed the facts of Plaintiffs injury, in hopes that the truth would not be discovered, ("in the event of Plaintiff's death", which appeared to be imminent at that time).

20. On or about May 29, 2019, Plaintiff's was transferred from "LRMC" to Select Specialty Hospital ("SSH"), by ambulance. (The medical records of LRMC shows a transfer from LRMC to PROMISE, contemporaneously at the time of transfer, PROMISE'S name was changed to SSH). See exhibit "C".

21. Upon his admission to "SSH", it was immediately recognized that Plaintiff had **fresh 1st and 2nd degree burns, to his lower left arm.** See exhibits "C1-3" again.

22. Plaintiff's injury has the color appearance of a "ZEBRA" in his lower left arm region, that radiates with constant throbbing pain and strong symptoms of apparent nerve damage.

23. The particulars expressed throughout this pleading, in the previously and subsequently paragraphs shall be used to support the expressed causes of actions post.

   III.   **CAUSE OF ACTIONS:**

24. **COUNT-ONE:** The defendants were devious and unprofessional when they deliberately concealed the truth, by failing to record the horrendous and injurious medical fact of Plaintiff's injury, when it occurred, in their mistreatment of Plaintiff, while he was in "**LRMC**". The damages for this flagrant violation shall be **$20,000,000,00.**

25. **COUNT-TWO:** The defendants conduct was tortious and seriously injured Plaintiff, when they via their actions in the giving the identified vancomycin "iv", that went wrong and caused Plaintiff to be seriously burned about his lower left arm injury, internally and externally constituting extravasation. The permanent and painful debilitating damages shall justify the grant of **$20,000,000.00.**

26. **COUNT-THREE:** The defendant's failure to acknowledge, identify and treat Plaintiff's injury, was an archaic act, that violated **Plaintiff's Eighth Amendment Right**, (not to be subjected to cruel and unusual punishment) of the U. S. Constitution. The violations are heinous and warrants the grant of $50,000,000.00.

27. **COUNT-FOUR:** The defendants intentionally and deliberately forewent their obligation to treat Plaintiff's injury, that they caused Plaintiff to receive. Their violative misconduct is egregious and inhumane, Plaintiff shall be compensated for their inhumane misconduct via an award of $50,000,000.00.

## "CONCLUSION"

**WHEREFORE,** its prayed that this honorable court will grant Plaintiff the relief he seeks, due to Defendant's concealment of the truth and the magnitude of the injury to Plaintiff's body itself, shall be grounds for the court to the grant the entreated punitive and compensatory damages.

The injury Plaintiff received is chronic, with constant daily pain and debilitation of his left hand. Simply, the Defendant's egregious misconduct, is globally unacceptable and a strong message shall be sent to each medical practitioner **that abuse, concealment and negligently imposed physical injury will not be accepted.**

Respectfully submitted by:                                    Date:

*/s/ Linwood Gray/*                                           May 12, 2021

LINWOOD GRAY, PRO SE
43-K-Street, St. NW, #301
Washington, DC 20001

## CERTIFICATE OF SERVICE

I, hereby certify under the pains and penalties of perjury that the foregoing is truth to the best of my knowledge and ability to research. This I declare, on this 12th day of May 2021.

*/s/ Linwood Gray/*
Linwood Gray, Pro se

SELECT SPEC(ALTY HOSPITAL GRAY, LINWOOD 4595 THE
VILLAGES 3775, 1006B

•5050 County Road 472　　　　DOB: 01/á5/1945
Oxford, FL 34484　　　　　　　AP: DAVID STEPHENSON,
　　　　　　　　　　　　　　　ADMITTED: 05/29/2019

MR#

　　　　　　　　　　　　　　　　　　　　　　MD

ROOM/BED: 313/1

CONSULTATION *

BATE OF CONSULTATION: 05/30/2019

REASON FOR CONSULTATION: Multi'vessel coronary artery diæase.

HISTORY OF PRESENT ILLNESS: This is a 74.year-oid male, resident of Coleman Facility, who presented to LRMC on 05/18/2019, complaining of increased shortness of breath. The patient was undergoing evaluation in the emergency department and his shortness of breath became suddenly worse and he required intubation while in the emergency department. The patient was noted to have elevated troponin fpuels on admission and underNent in-depth cat;djac testing. The patient underwent echocardiogram on 05/1å/2019, which rdvealed ejection-fraction 65% to.70%t grade diastolic dysfunction] critical aortic stenosis, mild-to-moderate mitral regurgitationt mild-to-moderate.tricuspid regurgitatioht PA peak pressure 36 mmHg. The patient then underwent left heart catheterization on 05/22/201-9{ which revealed left anterior descending artery with 80% stenosist diagonal 1 with 95% stenosis, RCA 80% stenosis, The patient was then referred to Leesburg Ocala Heart team for possible CABG and portic valve replacement. The patient was found to have bacteremia and was being evaluated by Infectious Disease team and treated with IV antibiotics and surgery has been put on hold until after .medical optimization. The patient is to undergo TEE prior to surgery as•weli as other preoperative testing. The patient:was sent to Select Medical Facility from Leesburg Regional Medical Center for medical optimizatioh prior to coronary artery bypass grafting and aortic valve replacement surgery, which includes IV antibiotiés for his bacteremia. Cardiology consultation obtained for further evaluation of his coronary artery disease,

PAST MEQiCAL HISTORY: Hypertension, COPD, corönary artery disease, aortic stenosis, hyperlipidemia, morbid obesity, bactererqia, acute respiratory failure reqyiring intubation, diabetes meilitus.

SELECT SPEC(ALTY HOSPITAL GRAY, LINWOOD 4595 THE VILLAGES 3775, 1006B

•5050 County Road 472
Oxford, FL 34484

DOB: 01/15/1945
AP: DAVID STEPHENSON,
ADMITTED: 05/29/2019

PAST SURGICAL HISTORY: Denies past surgical history.

ALLERGIES: IODINE AND SHELLFISH.

SOCIAL HISTORY: Former smoker. Denies alcohol use.

FAMILY HISTORY: The patient Is unable to recall family history.

REVIEW ok SYSTEMS:.

The patient states his shortness of breath is improved with oxygen via nasal cannula, att other re.view of systems is negative.

PHYSiC-At-EüMiNATtOöiT,

- VITAL SIGNS: Blood pr.essure 117/66, pulse 80t respiratory rate 20. SpP2 94°/01 and temperature 98.9.
GENERAL: Resting comfortably in bed, jn no acute distress. HEENT: Normocephatic•and atraumatic.'
- NECK: No,JVD.

of3

EX/d 2/-3

MR#P.T#

MD

ROOM/BED: 313/1

* CONSULTATION.

DATE of: CONSULTATION: 05/30/2019

HEART: Regular rate and rhythm. Normal SI and S2. Positive systolic murmur.
LUNGS: Diminished bilaterally.
ABDOMEN: Soft, nontender, nondistended.

SELECT SPEC(ALTY HOSPITAL GRAY, LINWOOD 4595 THE
VILLAGES 3775, 1006B

•5050 County Road 472  
Oxford, FL 34484

DOB: 01/â5/1945  
AP: DAVID STEPHENSON,  
ADMITTED: 05/29/2019

EXTREMITIES: Mild lower extremity edema. Abraslons noted to upper •extremities. NEUROLOGIC: Alert and oriented x3.

LABORATORY DATA: Hemogtobin 11.51 hematocrit 37, and platelets â63,ooo. Glucose 183, creatinine 1.2, BUN 21.

Telemetry, reviewed, remains normal sinus rhythm on telemetry.

Previous testing left heart catheterization 05/22/2019, reveals LAD 80%; diagonal 195%, RCA 80% stenosis.

Echocardiogram conducted on 05/18/20191 reveals ejection fraction 65% to 70%, grade 1 diastolic dysfunction, criticaE aortic stenosis, mild-to-moderate mitral regurgitation, mild-to-moderate tricuspid regurgitation, PA peak pressure 36 mmHg.

ASSESSMENT AND PLAN:

1. Multivessel coronary artery disease, the patient is scheduled to undergo coronary artery bypass grafting once bacteremia is treated 'and he is medically optimized.
2. Aortic stenosis, the patient is scheduled to undergo aortic valve .regiacement once treatment for bacteremia is completed and the patient is medically optimized.
3. Hypertension! presently well controlled. Continue current cardiac medications.
4. Hyperlipidemia, continue statin.
5. Bacteremia, Infectious Disease team is following, continue recommendations per ID team for antibiotics.
6. Chronic obstructive-pulmonary disease, continue récommendations per Pulmonary team, the patient .is requiring 02 via nasal cannuEa to relieve his shor:tness of breath.

The patient is currently stable from a cardiac standpoint, he is awaiting medical optimization and treatment of his bacteremia for coronary artery bypass graft surgery and.aortlc valve replacement

SELECT SPEC(ALTY HOSPITAL GRAY, LINWOOD 4595 THE VILLAGES 3775, 1006B

•5050 County Road 472
Oxford, FL 34484

DOB: 01/a5/1945
AP: DAVID STEPHENSON,
ADMITTED: 05/29/2019

EXH. 343

4595 THE VILLAGES                MR#

                                                    MD

                              ROOM/BED•. 313M

\* CONSULTATION \*

DATE OF CONSULTATION: 05/30/2019

surgery, the patient will undergo TEE in hospital prior to his Surgery. From a cardiac standpoint, the patient is stable, we will sign off, recall p,r,n.

Dictated By Jennifer Koe.ller, PA DATE/TIME

Georg couturiers MD DATE/TIME

Job 840366965 Doc#: 186246 D: 05/30/2019 13:28:04T: 05/30/201916:27:34

SELECT SPEC(ALTY HOSPITAL  GRAY, LINWOOD 4595 THE
    VILLAGES 3775,   1006B
  •5050 County Road 472          DOB: 01/à5/1945
    Oxford, FL 34484             AP: DAVID STEPHENSON,
                                 ADMITTED: 05/29/2019

of 3

## Leesburg Regional Medical Center

B-181

| | |
|---|---|
| Patient Name: GRAY, LINWOOD | Admit: 5/18/2019 |
| MRN: LRMC000630733 | Disch: |
| FIN: LRMC1913700501 | Admitting: MIRATIQULLAH HESSAMI, MD |
| DOB/Age/Sex: 1/15/1945  74 years  Male | |

### Progress Notes

**Assessment/Plan**
Acute hypercapnic respiratory failure
Acute hyperkalemia
Acute renal failure
Shortness of breath
  74 year old man that was admitted due to shortness of breath

Multivessel coronary artery disease: per LHC 5/22/19 Elevated troponin, peak 1.67. No BB due to pulmonary status. On aspirin & statin. Will need surgical intervention after medical optimization

Critical AS with normal EF: Awaiting surgical intervention. Euvolemic.

Hypertension: stable on CCB

Bacteremia: plan for continued Abx management per ID. Evaluation of dental caries and plan for OP surgical intervention.

Other conditions include COPD (s/p extubation 5/2019), renal insufficiency, Diabetes Mellitus, and morbid obesity

Plan:
- Continue w IV ABx per ID. Will go to LTAC
- Plan for OP ACB/ AVR
- Watch fluid status

-----------------------------------

R. Negron, MD, FACC
Cardiovascular disease

Thank you for letting me take care of this patient. Please contact me if you have any questions or concerns.

atorvastatin 20 mg oral tablet, 20 mg, 1 tab, Oral, at bedtime
Cardizem CD 300 mg/24 hours oral capsule, extended release, 300 mg, 1 cap, Oral, Daily
insulin isophane (NPH), 19 units, Subcutaneous, bid
insulin regular, 9 units, Subcutaneous, bid before meals
Lactinex chewtab, Oral, tid
nitroglycerin 0.4 mg sublingual tablet, 0.4 mg, 1 tab, SL, q5min (floating), PRN
predniSONE 10 mg oral tablet, 30 mg, 3 tab, Oral, with breakfast
Protonix 40 mg oral delayed release tablet, 40 mg, 1 tab, Oral, daily before breakfast
sodium bicarbonate 650 mg oral tablet, 2600 mg, 4 tab, Oral, tid
Spiriva 18 mcg inhalation capsule, 18 mcg, 1 cap, Inhale, Daily
vancomycin, IV Piggyback, q12h (Floating)
vitamin A & D topical ointment, Topical, bid

**Oxygen Settings**
Oxygen Therapy: Room air (05/29/19 10:18:00 EDT)
Oxygen Therapy: Room air (05/29/19 08:30:00 EDT)
Oxygen Therapy: Room air (05/29/19 04:32:00 EDT)
Oxygen Therapy: Room air (05/28/19 22:36:00 EDT)
Oxygen Therapy: Nasal cannula (05/28/19 22:12:00 EDT)
Oxygen Flow Rate: 2 L/min (05/28/19 22:12:00 EDT)
Oxygen Flow Rate: 2 L/min (05/28/19 20:00:00 EDT)

**Allergies**
iodine

**Diagnostic Results**
No qualifying data available.

**Lab Results**
Hematology
WBC: 9.2 x10^3/mcL (05/29/19 04:29:00 EDT)
RBC: 4.65 x10^6/mcL (05/29/19 04:29:00 EDT)
Hgb: 12.2 g/dL Low (05/29/19 04:29:00 EDT)
Hct: 38.3 % Low (05/29/19 04:29:00 EDT)
MCV: 82.4 fL (05/29/19 04:29:00 EDT)
MCH: 26.2 pg (05/29/19 04:29:00 EDT)
MCHC: 31.9 % (05/29/19 04:29:00 EDT)
RDW: 15.2 % High (05/29/19 04:29:00 EDT)
Platelets: 155 x10^3/mcL (05/29/19 04:29:00 EDT)
MPV: 11.6 fL High (05/29/19 04:29:00 EDT)
Neutro Auto: 74.8 % High (05/29/19 04:29:00 EDT)
Lymph Auto: 10.6 % Low (05/29/19 04:29:00 EDT)
Mono Auto: 11.3 % High (05/29/19 04:29:00 EDT)
Eos, Auto: 2.7 % (05/29/19 04:29:00 EDT)
Basophil Auto: 0.1 % (05/29/19 04:29:00 EDT)
Neutro Absolute: 6.9 x10^3/mcL High (05/29/19 04:29:00 EDT)

---

**ORDER SHEET**

Exh "C"

Order Entry D/T: 05/28/19 10:28 EDT

Orders Entered By: MIRATIQULLAH HESSAMI, MD
Ordering Dr: MIRATIQULLAH HESSAMI, M

○ Discharge Activity Restrictions
  No Restrictions

*Promise became "SHH."*

○ Discharge Patient
  ● 05/28/19 10:28:00 EDT, Other (see instructions), DC TO PROMISE, ANTIBIOTIC DURATION AND INSTRUCTION AS PER ID NEEDS OP APPOINTMENT TO SEE DENTIST FOLLOW UP WITH CARDIOLOGY AND THORACIC SURGERY IN 2 WEEKS

○ Discharge Diet Instruction
  Cardiac Diet

○ Admit to Inpatient LRMC
  05/28/19 10:28:00 EDT, CVU, MIRATIQULLAH HESSAMI, MD

---

Pt. Name: GRAY, LINWOOD
D.O.B./Sex: 01-15-1945 M
Med Rec #: 630733
Physician: MIRATIQULLAH HESSAMI, M
Financial #: 1913700501
Pt. Type: I
Room/Bed: 3162 /A
Admit/Disch: 05-18-2019 EDT
              / 00-00-00

Order Sheet

Print ID: Susan Conner, Case Manager
Print Date/Time: 05/29/19 17:11 EDT

Page 1 of 1



C-143

**Select MEDICAL**
The Select Medical Hospital Division Includes:
Select Specialty Hospital and
Regency Hospital

GRAY LINWOOD
DOB: 01/15/1945   AGE: 74   SEX: M   HSV: M
ADMIT:                    RM/BED: /
ATT: STEPHENSON DAVID     #: 1985
MR #: 000003775           PT #: 0010068

## PROGRESS NOTES
Page 1 of 2

DA

### WOUND PROGRESS NOTE

**Select MEDICAL**
The Select Medical Hospital Division Includes:
Select Specialty Hospital and
Regency Hospital

Patient: _____
Medical Record #: _____

Date: 5/30/19         Time: 0100
Wounds were assessed on this date. Wounds were photographed. ☑ Yes ☐ No
Wound location(s):
Use:
#1 (L) forearm         #2 _____
#3 _____          #4 _____
#5 _____          #6 _____

Debridement: _____   ☐ Excisional with scalpel: _____   ☐ Non-excisional: _____
Assessment: See pics

Recommendations: _____

Form #: SM-NU-744 (10-15)

Signature of Staff         Date    TIME    Physician Acknowledgement    Date    TIME

Form #: SM-NU-710-1 (Rev. 08/10)    183061



C-283



**Select MEDICAL**
THE SELECT MEDICAL HOSPITAL DIVISION INCLUDES:
SELECT SPECIALTY HOSPITAL AND
REGENCY HOSPITAL

```
GRAY LINWOOD                    HSV: M
DOB: 01/15/1945   AGE: 74       SEX: M
ADMIT:            RM/BED:  /
ATT: STEPHENSON DAVID           #: 1985
MR #: 000003775   PT #: 0010068
```

## PROGRESS NOTES
Page 1 of 2

---

# WOUND PROGRESS NOTE

Patient: _____

Medical Record #: _____

Date: 5/30/19    Time: 1455

Wounds were assessed on this date. Wounds were photographed. ☐ Yes  ☐ No

**Wound location(s):**
Use:
#1 L FA - trauma - 22 X 3.5 Y .1
#2 Coccyx - III  .3 X .3 X .2
#3 _____
#4 _____
#5 _____
#6 _____

Debridement: _____  ☐ Excisional with scalpel: _____  ☐ Non-excisional: _____

Assessment: _____

Recommendations: Continue tx as ordered and weekly assessment

Form #: SM-NU-744 (10-16)

Signature of Staff: Feliciano RN    Date: 5/30/19    TIME: 1455

Physician Acknowledgement    Date    TIME

---

Form #: SM-NU-710-1 (Rev. 08/10)    183061

C-383



05/30/2019 14:47

Gray

**Patient Name:** Gray
**Date:** 5/30/19  **Time:** 1455
**Location (Anatomical Site):** ___

**Type of Wound:** ("✓" below)
☐ Pressure Injury: Stage ___
☐ Arterial  ☐ Venous  ☐ Diabetic  ☐ Surgical
Other: ___
**Site (cm) (LxW):** 2.2 x 3.5   **Depth (cm):** .1
**Tunneling (cm):** ___
**Undermining (cm):** Ø
**Date first observed:** Admit   **Granulation %:** ___
**EXUDATE:**
  Odor: ☒ None ☐ Slight ☐ Moderate ☐ Foul
  Type: ☐ None ☒ Bloody ☐ Serosanguineous ☐ Purulent/Foul
  Amt: ☐ None ☒ Scant ☐ Small ☐ Moderate ☐ Large ☐ Copius
**WOUND BED:**
  ☐ Normal for skin
  ☒ Pink/beefy red tissue
  ☐ Granulation tissue
  ☐ Slough
  ☐ Black/brown (eschar)
**SURROUNDING SKIN COLOR:**
  ☒ Normal for skin
  ☐ Pink  ☐ Bright Red
  ☐ White/gray pallor
  ☐ Dark red purple
  ☐ Black/brown
**WOUND EDGES/ SURROUNDING TISSUE:**
  ☒ Normal for skin
  ☐ Peripheral tissue edema
  ☐ Maceration
  ☐ Hardiness/induration
  ☐ Rolled edges

Circle Wound Location — Anterior / Posterior

**Nurse's Signature:** [signature] 5/30/19 1455
SM-NU-743 (7/16)

GRAY LINWOOD                        HSV: M
DOB: 01/15/1945   AGE: 74   SEX: M
ADMIT:            RM/BED: /
ATT: STEPHENSON DAVID       H: 1985
MR #: 000003775             PT #: 0010068

Return address (top):
43-K Street NW #301
Washington, DC 20001

REGISTERED MAIL
RB 807 517 343 US

REGISTRY SECTION — MAY 19 2021

SCREENED By USMS

BC 6-22

Clerk of Court
U.S. District Court
207 NW Second Street
Ocala, FL 34475

U.S. POSTAGE PAID
FCM LG ENV
TEMPLE HILLS, MD
20748
MAY 15, 21
AMOUNT
$21.30
R2304M113745-02